1
2
3                                                                                    "O"
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,    ) Case No. CR 05-01184 DSF
12 |         Plaintiff,           ) ORDER OF DETENTION
13 |    v.                        ) [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                  )  §3143(a)]
14 | ELIJAH DEMETRIC POUNCEY,     )
15 |                              )
16 |         Defendant.

17
18    The defendant having been arrested in this judicial district pursuant to a warrant
19 issued by the Honorable Dale S. Fischer, United States District Judge, for an alleged
20 violation of the terms and conditions of the defendant's supervised release; and
21    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
22 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),      The Court finds that:
23 A.   (X)   The defendant has not met his burden of establishing by clear and convincing
24             evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or
25             (c). This finding is based on the nature of the charged offense, the defendant's
26             lack of bail resources, lack of a stable residence, and the nature of the charge
27             offense, which indicates the defendant is unlikely to comply with conditions
28             of release; and

1  B.    (X)    The defendant has not met his burden of establishing by clear and convincing
2              evidence that he is not likely to pose a danger to the safety of any other person
3              or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4              is based on the nature of the charged offense and defendant's criminal history.

6      IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.

10  Dated: May 1, 2008

                                     /s/
                            ARTHUR NAKAZATO
                       UNITES STATES MAGISTRATE JUDGE